FILED

ROBERT C. HSU, SBN 225437
**THE LAW OFFICE OF ROBERT C. HSU**
9525 Las Tunas Dr
Temple City, CA 91780
Telephone: (626) 286-7055
Facsimile: (626) 604-0345

2009 AUG 12 AM 11:15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

Attorney for Plaintiff,
**MEGTECH INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGTECH INC, <br><br> Plaintiff, <br><br> vs. <br><br> EDIBLE ARRANGEMENTS LLC, EA FULFILLMENT, LLC, DIVA DESIGNS and Does 1 through 20 inclusive, <br><br> Defendants. | CASE NO: CV09-5876 ODW (AGRx) <br><br> **COMPLAINT FOR DAMAGES** <br><br> Amount Demanded Exceeds $25,000 <br><br> Date Complaint Filed: |

Plaintiff alleges:

**JURISDICTION**

1. Jurisdiction is conferred under 28 USC §1332 because the plaintiff is a citizen of California and at least one Defendant is a citizen of Connecticut and the amount in controversy exceeds $75,000

**VENUE**

2. Venue is proper in this District pursuant to 28 USC §1391 (a)(2) because Defendants are subject to the personal jurisdiction of the court and it is the district where substantial part of property that is the subject of the action is situated.

1
COMPLAINT

## THE PARTIES

3. Plaintiff is, and at all times herein mentioned was, a corporation formed under the laws of the State of California

4. Plaintiff brings this action on its own behalf against defendants jointly as subrogee or assigned of Champion International Corporation Ltd., a limited liability entity of Hong Kong, China. That before the commencement of this action and for valuable consideration, Champion International Corporation Ltd, assigned and transferred to plaintiff the claim referred to in this complaint and the demand represented by it, and plaintiff ever since has been, and now is the owner and holder of it.

5. Upon on information and belief, Defendant Edible Arrangements LLC ("Edible") is, and at all times herein mentioned, a limited liability company registered and operates from the state of Connecticut and operates as a franchisor in the State of California as a provider of decorative fruit baskets.

6. Upon information and belief, Defendant EA Fulfillment LLC ("EA Fulfillment"), is and at all times herein mentioned, a limited liability company registered and operates from the state of Connecticut and actively shipped the properties that is the subject of this lawsuit to franchise operations in the State of California

7. Upon information and belief, Defendant Diva Designs Inc ("Diva Designs"), is and at all times herein mentioned, an unknown entity who operates out of 108 A Park Drive, Montgomeryville, PA 18936.

8. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes that each of these defendants is an agent and employee or alter ego of defendants and proximately caused plaintiff's damages as herein alleged while acting in such capacity.

9. Plaintiff is informed and believes and thereupon alleges that Defendant Edible, Defendant Diva Designs and Defendant EA Fulfillment were in actuality the alter egos of each other.

10. Plaintiff is informed and believes and thereupon alleges that Defendants EA Fulfillment and Diva Designs were undercapitalized with respect to their business and financial transactions, and the resulting potential liability incurred thereof.

11. Adherence to the fiction of the separate existence of Defendants EA Fulfillment and Diva Designs as entities distinct from Defendant Edible will permit an abuse of the corporate privilege and create an inequitable result of (a) having Defendants EA Fulfillment and Diva Designs as corporate alter egos of Defendant Edible, saddled with any judgment in favor of Plaintiff based on debts that were expressly incurred by, and for the direct benefit of Edible

Arrangements LLC and (b) Plaintiff being unable to collect from Defendant's shell corporations with little or no assets due to the illegal actions of Defendant Edible.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

12. Plaintiff repeats and realleges paragraphs 1 through 11 as if fully set forth herein.

13. Plaintiff is the owner of right to recover based on the interest of Champion International Corporation Ltd, arising out of a written contract for the sale of goods, namely fruit cutting machines used by defendants and its franchisees operations.

14. On or about April 29, 2008, Defendant Edible, through its subsidiary, EA Fulfillment, entered into a written contract when they ordered and Plaintiff delivered 35 set of Melon Wedger to Defendants invoiced at $19,845.00 (Invoice number MC-0803040-D2). Plaintiff received payment of $6,659.50 towards this invoice leaving a balance of $13,185.50 remains unpaid.

15. On or about September 17, 2008, Defendant Edible, through its subsidiary, EA Fulfillment, entered into a written contract when they ordered and Plaintiff delivered 30 set of Melon Wedger to Defendants invoiced at $17,010.00 (Invoice number MC-0803040-F) of which the entire balance remains unpaid.

16. On or about September 17, 2008, Defendant Edible, through its subsidiary, EA Fulfillment, entered into a written contract when they ordered and Plaintiff delivered 30 set of Pineapple

1  Machine to Defendants invoiced at $12,765 (Invoice number MC-0803039-F) of which the
2  entire balance remains unpaid.

17  On or about May 8, 2008, Defendant Edible, through its subsidiary, Diva Designs, entered into a written contract when they ordered and Plaintiff delivered "Board for Simple Slicer and Rubber fee for Machine" to Defendants invoiced at $632.00 (Invoice number MC-0805059) of which the entire balance remains unpaid.

18  On or about August 15, 2008 Defendant Edible, through its subsidiary, Diva Designs, ordered and Plaintiff delivered "Melon Wedger/ Pineapple cutter" to Defendants invoiced at $2,265.94 (Invoice number MC-0808105) of which the entire balance remains unpaid.

19.  On or about September 16, 2008, Defendant Edible, through its subsidiary, Diva Designs, entered into a written contract when they ordered and Plaintiff delivered "Number Cutters-0 through 9" to Defendants invoiced at $11,688.00 (Invoice number MC-0809113) of which the entire balance remains unpaid.

20.  On or about July 30, 2008, Defendant Edible, through its subsidiary, Diva Designs, entered into a written contract when they ordered and Plaintiff delivered "14P Blade & Air Freight" to Defendants invoiced at $813.77 (Invoice number MC-0809114-D1) of which the entire balance remains unpaid.

21.  On or about September 2, 2008, Defendant Edible, through its subsidiary, Diva Designs, entered into a written contract when they ordered and Plaintiff delivered "14 P Blade & 14P

Press Air Freight" to Defendants invoiced at $1,890.34 (Invoice number MC-0809114-D2) of which the entire balance remains unpaid.

22. On or about September 16, 2008, Defendant Edible, through its subsidiary, Diva Designs, entered into a written contract when they ordered and Plaintiff delivered "Press & Blade & Pineapple / Cutter" to Defendants invoiced at $17,145.40 (Invoice number MC-0809114-F) of which the entire balance remains unpaid.

23. On or about September 22, 2008, Defendant Edible, through its subsidiary, Diva Designs, entered into a written contract when they ordered and Plaintiff delivered "Melon Wedger/ Board for simple slicer" to Defendants invoiced at $280.80 (Invoice number MC-0809115) of which the entire balance remains unpaid.

24. On or about September of 2008, Defendant Edible, through its subsidiary, Diva Designs, entered into a written contract when they ordered and Plaintiff delivered several invoices and incurred customs fees on behalf of the defendants in the sum of $1,332.80 (Invoice number D/N 0810109) of which the entire balance remains unpaid.

25. On or about June of 2005, Defendant Edible ordered the production of molds used for the manufacturing of the fruit platforms with costs to be advanced by Plaintiff. On or about December of 2008, Defendant Edible clearly indicated that they will no longer have Plaintiff produce their fruit cutting platforms and demanded for the return of the molds. Plaintiff issued a invoice for a sum of $80,000 (Invoice number MC-08-12129) for costs of the molds. The balance remains unpaid to this date.

26. The invoices totaled $157,309.50 were presented to defendants and balance remains still owing, due and unpaid.

## SECOND CAUSE OF ACTION

### (Common Counts)

27. Plaintiff repeats and realleges paragraphs 1 through 26 as if fully set forth herein.

28. Commencing February of 2008 through present, Defendants became indebted to Plaintiff in the amount of $157,309.50 for products and services rendered and delivered for Defendants' use and benefit.

29. Plaintiff has repeatedly demanded payment from Defendants. Despite such demands, defendants have failed or refused to pay the amounts and owing.

30. There is now due and owing the sum of $157,309.50 to Plaintiff plus interest according to proof at the maximum rate allowed by law.

## PRAYER

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

1. For compensatory damages in the sum of $157,309.50;
2. For interest according to proof;
3. For costs of suit herein incurred; and
4. For such other and further relief as the court may deem proper.

7
COMPLAINT

DATED: June 15, 2009

LAW OFFICES OF ROBERT C. HSU

By: _____
ROBERT C. HSU
Attorney for Plaintiff, MEGTECH INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

### CV09- 5876 ODW (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.